IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**WALTER HOSKINS, JR.,**

      PLAINTIFF,

vs.                                     CIVIL ACTION NO. 09CV15-M-S

**MILWAUKEE ELECTRIC TOOL CORPORATION**,

      DEFENDANT.

## <u>ORDER</u>

Before the Court is the "Defendant's Motion to Compel and for Limited Extensions of Discovery and Motion Deadlines." Since the filing of that motion, the parties have conferred and agreed to the terms set forth herein, which the Court approves and hereby orders.

1. The deadline for discovery is hereby extended until February 1, 2010, for the sole purpose of allowing the Defendant to conduct any remaining discovery. The Plaintiff shall conclude his discovery by November 30, 2009, as provided for in the Court's original Case Management Order.

2. The deadline for dispositive motions is hereby extended until February 15, 2010, for both parties.

3. Plaintiff shall make himself available for a deposition on December 1, 2009, in Jackson or Greenville, Mississippi, or another mutually agreeable location.

4. Plaintiff shall provide Defendant with a copy of his complete tax records from and including 2005 to the present, including W2s and completed income tax returns, by November 20, 2009.

ORDERED:    __NOVEMBER 2ND 2009__       _____/s/ David A. Sanders_____
                         DATE                              UNITED STATES MAGISTRATE JUDGE